HAYES FAMILY LIMITED PARTNERSHIP ET AL. *v.*
TOWN PLAN AND ZONING COMMISSION OF THE
TOWN OF GLASTONBURY

The plaintiffs' petition for certification for appeal from the Appellate Court, 115 Conn. App. 655 (AC 29304), is denied.

*Robert A. Fuller*, in support of the petition.

*Beth Bryan Critton*, in opposition.

Decided September 17, 2009

STATE OF CONNECTICUT *v.* VINCENT JOSEPH
PALANGIO

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 355 (AC 29352), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided September 17, 2009

KENNETH MCFARLAND *v.* DEPARTMENT OF
DEVELOPMENTAL SERVICES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 306 (AC 29525), is denied.

*Edward T. Dodd, Jr.*, in support of the petition.

*Michael J. Belzer*, assistant attorney general, in opposition.

Decided September 17, 2009